UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DARRELL A. JENKINS,

    Petitioner,

v.                                                           Case No. 5:20cv140-TKW-HTC

SECRETARY DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

REPORT AND RECOMMENDATION

    Petitioner, Darrell A. Jenkins, proceeding *pro se*, filed a petition under 28 U.S.C. § 2254. ECF Doc. 1. The matter was referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(B). For the reasons set forth below, the undersigned recommends the case be dismissed for failure to prosecute and to comply with orders of the Court.

    Jenkins's petition was not accompanied by a motion for leave to proceed *in forma pauperis* or a filing fee as required by Rule 5.3 of the Local Rules of the Northern District of Florida. Therefore, on May 15, 2020, the Court directed the clerk to send Petitioner the forms for filing an application to proceed *in forma pauperis* and informed Petitioner that his case cannot proceed until such a motion is

filed or the filing fee of $5.00 is paid.  ECF Doc. 3.  The May 15 order gave Petitioner thirty days to do so.

Petitioner did not respond to that order, so the Court on June 23, 2020, gave Petitioner fourteen (14) days from the date of that order to show cause why this case should not be recommended for dismissal for failure to prosecute or comply with an order of the Court.  ECF Doc. 4.  The Court informed Petitioner that it would discharge the show cause order if Petitioner complied with the Court's May 15, 2020 order within the fourteen (14) days provided.  *Id.*  Also, the June 23 order instructed Petitioner that a failure to comply with that order as instructed may result in a recommendation that this case be dismissed.

Petitioner has not responded to the June 23 order, and the time for doing so has expired.  Indeed, Petitioner has not communicated with the Court since filing the Petition, which was docketed on May 8, 2020.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute or failure to comply with a Court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 16th day of July, 2020.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 5:20cv140-TKW-HTC

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 5:20cv140-TKW-HTC