UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DARRELL A. JENKINS,**

    Petitioner,

v.                                    Case No. 5:20cv140-TKW-HTC

**SECRETARY DEPARTMENT OF CORRECTIONS,**

    Respondent.

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 5). No objections to the Report and Recommendation were filed. Upon due consideration of the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is due to be dismissed for failure to prosecute and failure to comply with a Court order.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** and the Clerk shall close the case file.

**DONE and ORDERED** this 7th day of August, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**